```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0236--CV (JKS)
                    "USA V ROBERT B. HANES"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/30/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans

            Origin: (1) Original Proceeding
            Demand: 12
        Filing fee: Waived
          Trial by:
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1   UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1   HANES, ROBERT B. | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0236--CV (JKS)
                   "USA V ROBERT B. HANES"
```

For all filing dates

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/30/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans

            Origin: (1) Original Proceeding
            Demand: 12
        Filing fee: Waived
          Trial by:


Document #   Filed     Docket text

    1 -  1   09/30/05  Complaint filed; Summons issued.
```