TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (07) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT B. HANES,<br><br>            Defendant. | Case No. 3:05-cv-00236-JKS<br><br>NOTICE OF DISMISSAL |

      COMES NOW the United States of America, by and through counsel, and, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), submits its notice of dismissal without prejudice in this action.

      On September 30, 2005, plaintiff filed its complaint in the above-captioned matter and attempted to serve defendant at his last known address in Haines, Alaska.  To date, plaintiff's efforts to effect service have been unsuccessful.  Plaintiff is aware of no answer or other responsive pleading having been filed by defendant or any other party in this action.

RESPECTFULLY SUBMITTED this 3rd day of January, 2006, in Anchorage, Alaska.

<div style="margin-left:50%">

TIMOTHY M. BURGESS
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

</div>